**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                              )
WALTER RAUDONIS, as trustee for the        )
WALTER J. RAUDONIS 2016 REVOCABLE )
TRUST, individually and                               )
on behalf of all others similarly situated,      )         CASE NO. 1:20-CV-10107 (PBS)
                                                              )
       Plaintiffs,                                      )
v.                                                             )
                                                              )
REALTYSHARES, INC. ET AL,                       )
                                                              )
       Defendants.                                  )
_____)         APRIL 27, 2020

### DEFENDANT IIRR MANAGEMENT SERVICES, INC.'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), Defendant IIRR Management Services, Inc. ("IIRR") hereby moves the Court to dismiss IIRR from this action because: (a) this court lacks personal jurisdiction over IIRR; and (b) the Amended Complaint fails to state a claim for relief against IIRR.

IIRR has filed a Memorandum of Law herewith along with a supporting Affidavit.

Counsel to IIRR certifies in accordance with Local Rule 7.1(a)(2) that on April 27, 2020, he conferred with Plaintiff's counsel and attempted in good faith to resolve or narrow the issues presented by this Motion.

### REQUEST FOR ORAL ARGUMENT

Oral argument my assist the Court in ruling on this Motion, and as such, IIRR hereby requests oral argument.

WHEREFORE, Defendant IIRR Management Services, Inc. respectfully moves this Court to dismiss IIRR from this action, and enter such further relief as it deems just and proper.

                                THE DEFENDANT,
                                IIRR MANAGEMENT SERVICES, INC.

                                By:  /s/ *Douglas M. Evans*
                                    Douglas M. Evans, Esq.
                                    MA Bar No. 646715
                                    KROLL, McNAMARA, EVANS
                                      & DELEHANTY, LLP
                                    65 Memorial Road - Suite 300
                                    West Hartford, Connecticut 06107
                                    (860) 561- 7070
                                    (860) 561-7075 fax
                                    devans@kmelaw.com
                                    Its attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2020, a true and correct copy of the foregoing was filed electronically, and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ *Douglas M. Evans*
                                    Douglas M. Evans, Esq.