# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER RAUDONIS, as trustee for the WALTER J. RAUDONIS 2016 REVOCABLE TRUST, BRAD HONEYCUTT, DAVID HOLLAND and JEREMY DAVIS, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>REALTY SHARES, INC., RS LENDING, INC., NAVJOT ATHWAL, EDWARD FORST, IIRR MANAGEMENT SERVICES, LLC, and JOHN DOES I-VII,<br><br>            Defendants. | Civil Action No. 1:20-cv-10107-PBS |

## **STIPULATION AND ORDER**

1389551

WHEREAS, on April 8, 2020, Defendants RealtyShares, Inc., RS Lending, Inc., Navjot Athwal, and Edward Forst (the "RealtyShares Defendants") filed two motions—one to compel arbitration and the other to dismiss this case under Rule 12(b) (the "RealtyShares Motions");

WHEREAS, on April 8, 2020, Defendant IIRR Management Services, LLC ("IIRR") filed a motion to dismiss this case under Rule 12(b) (the "IIRR Motion," and with the RealtyShares Motions, the "Motions");

WHEREAS, on July 15, 2020, the Defendants filed an unopposed motion to continue the deadline to file replies in support of their pending Motions (collectively, the "Replies");

WHEREAS, those Replies are currently due on August 10, 2020;

WHEREAS, on July 31, 2020, Defendant RealtyShares, Inc. filed a petition for bankruptcy under Chapter 7 of the United States Bankruptcy Code, *see* Dkt. 48-1 (the "Bankruptcy Petition");

WHEREAS, under 11 U.S.C. § 362, as a result of the Bankruptcy Petition, all legal proceedings against RealtyShares, Inc. are subject to an automatic stay;

WHEREAS, on August 7, 2020, IIRR filed a motion to suspend all existing deadlines in light of the Bankruptcy Petition (the "IIRR MTS");

WHEREAS, the remaining RealtyShares Defendants intend to file a motion to stay;

WHEREAS, Plaintiffs have indicated that they intend to respond to these motions;

WHEREAS, counsel have met and conferred and—in the interest of preserving judicial and party resources—have agreed to continue the deadline for the Replies so that they can seek the Court's guidance on the stay question;

NOW, THEREFORE, the parties hereby STIPULATE THAT:

The deadline for Defendants' Replies on previously-filed Motions is hereby continued

until five (5) court days after the Court determines whether, and the extent to which, these proceedings should be stayed in light of RealtyShares's bankruptcy petition.

    Defendants shall file their motion to stay by August 24;

    Plaintiffs shall file a joint opposition to Defendants' motion to stay and IIRR's MTS by September 7; and

    Defendants shall file reply briefs in support of the motions to stay by September 14.

    Respectfully submitted,

Dated: August 10, 2020    SHAPIRO HABER & URMY LLP

By:    */s/ Ian McLoughlin*
    IAN J. MCLOUGHLIN
    ADAM STEWART
    EDWARD F. HABER
    2 Seaport Lane
    Boston, MA 02210
    Telephone: (617) 439-3939
    Facsimile: (617) 439-0134
    imcloughlin@shulaw.com
    astewart@shulaw.com
    ehaber@shulaw.com

*Attorneys for Plaintiffs WALTER RAUDONIS, BRAD HONEYCUTT, DAVID HOLLAND and JEREMY DAVIS*

Dated: August 10, 2020                                KEKER, VAN NEST & PETERS LLP


By:   */s/ R. Adam Lauridsen*
      R. ADAM LAURIDSEN
      ERIN E. MEYER
      NICHOLAS D. MARAIS
      633 Battery Street
      San Francisco, CA 94111-1809
      Telephone: 415 391 5400
      Facsimile: 415 397 7188
      alauridsen@keker.com
      emeyer@keker.com
      nmarais@keker.com

      *Attorneys for Defendants
      REALTYSHARES, INC., RS LENDING,
      INC., NAVJOT ATHWAL, and EDWARD
      FORST*


Dated: August 10, 2020                                KROLL, MCNAMARA, EVANS &
                                                      DELEHANTY LLP


By:   */s/ Douglas M. Evans*
      Douglas M. Evans
      29 South Main Street
      West Hartford, CT 06107
      Telephone: 860-561-7070
      Facsimile: 860-561-7075
      devans@kmelaw.com

      *Attorneys for Defendant IIRR
      MANAGEMENT SERVICES, LLC*


**IT IS SO ORDERED:**

_____
HON. PATTI B. SARIS

3

1389551

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 10, 2020.

                                                                                             */s/R. Adam Lauridsen*
                                                                                             R. ADAM LAURIDSEN

1389551